the thief and were placed on the shelves there in the store. Appellant arrived about the time the stacking of the groceries was completed.

It is significant to us that a part of these stolen groceries were not in the store at the time of the search, but were in some undisclosed place known to appellant. If they had been stacked in the store, they had been removed and placed elsewhere. They were loaded in a trailer and brought to the residence of appellant, from where and by whom, is not disclosed. It seems clear that appellant was concealing this part of the stolen goods, even after a part thereof had been recovered from his store.

We remain convinced that the evidence is sufficient to sustain the conviction.

Appellant's motion for rehearing is overruled.

Opinion approved by the court.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from the judgment of the District Court remanding relator to the custody of the sheriff for extradition.

The evidence heard by the trial court is not brought forward in the record. There are no bills of exception and nothing is presented for review by this court.

The judgment of the trial court is affirmed.